# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DARRYL REYNOLDS II, | Case No.: 3:25-cv-06727-TSH |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER OF DISMISSAL |
| JAGUAR LAND ROVER NORTH AMERICA, LLC | |
| Defendant(s). | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE:_April 3, 2026___  ___By: _____

Thomas S. Hixson
United States Magistrate Judge

-1-